# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 13-886V
### Filed: December 7, 2015

```
* * * * * * * * * * * * * * * * * * * * * * * *
VALERIE COZBEY,                              *
                                             *
                   Petitioner,               *
v.                                           *
                                             *
SECRETARY OF HEALTH                          *
AND HUMAN SERVICES,                          *
                                             *
                   Respondent.               *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**UNPUBLISHED**

Special Master Hamilton-Fieldman

Attorneys' Final Fees and Costs; Reasonable
Amount Requested to which Respondent
Does Not Object.

Donald Philip Edwards, Atlanta, GA, for Petitioner.
Michael Milmoe, United States Department of Justice, Washington, DC, for Respondent.

## DECISION[1]

On November 8, 2013, Valerie Cozbey ("Petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 et seq. (2006) ("Vaccine Act"). Petitioner alleged that the administration of an influenza ("flu") vaccine on November 8, 2010 caused her to suffer from Guillain-Barré Syndrome ("GBS"). On September 9, 2015, the undersigned issued a 15-Week Order on the basis of the parties' tentative settlement. A decision awarding compensation to Petitioner has not yet been issued.

On December 2, 2015, the parties filed a Stipulation of Facts Concerning Attorneys' Fees and Costs. Pursuant to their stipulation, the parties have agreed to an award of $13,300.00 in attorneys' fees and costs. In accordance with General Order #9, Petitioner represents that she has not incurred any costs in pursuit of this claim. See Notice Regarding General Order No. 9, filed November 30, 2015.

The undersigned finds that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate. **Accordingly, the undersigned hereby awards the amount of $13,300.00, in the**

---

[1] The undersigned intends to post this unpublished decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107 347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). As provided by Vaccine Rule 18(b), each party has 14 days within which to file a motion for redaction "of any information furnished by that party (1) that is trade secret or commercial or financial information and is privileged or confidential, or (2) that are medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of privacy." In the absence of such motion, the entire decision will be available to the public. Id.

**form of a check made payable jointly to Petitioner and Petitioner's counsel, Donald Philip Edwards.**

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court **SHALL ENTER JUDGMENT** in accordance with the terms of the parties' stipulation.[2]

**IT IS SO ORDERED.**

/s/ Lisa D. Hamilton-Fieldman
Lisa D. Hamilton-Fieldman
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.